# Court of Appeals
# of the State of Georgia

ATLANTA,  February 11, 2026

*The Court of Appeals hereby passes the following order:*

**A26A1263. SALINAS F. SMITH v. RODNEY HILL, JR.**

On July 31, 2025, this Court granted Salinas F. Smith's application for discretionary appeal. In our order, we informed Smith that he had ten days in which to file a notice of appeal. See OCGA § 5-6-35(g) ("Within ten days after an order is issued granting the appeal, the applicant, to secure a review of the issues, shall file a notice of appeal as provided by law."). Smith filed his notice of appeal on September 15, 2025. We lack jurisdiction.

"The proper and timely filing of the notice of appeal is an absolute requirement to confer appellate jurisdiction upon this court." *Ebeling v. State*, 355 Ga. App. 469, 469 (844 SE2d 518) (2020). Because Smith filed his notice of appeal 46 days after this Court's order granting his application, we lack jurisdiction to consider the appeal, which is hereby DISMISSED. See id.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*  02/11/2026

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*